IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No. 1:11-cr-00505-TCB-RGV-1 |
| | : | also 1:11-cr-009-TCB-RGV-1 |
| | : | |
| ARTHUR WAYNE SINGLETON | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COMES NOW Arthur W. Leach and, pursuant to LCr 57.1 D(1)(b), files Notice of Substitution of Counsel for Defendant Arthur Wayne Singleton in the above-captioned matter.

Arthur W. Leach is entering this appearance in substitution for Colette Resnick Steel, who entered an appearance for Defendant in this matter on November 9, 2011. Mrs. Steele is aware of this change of retained counsel and has assisted in the orderly transition of this case.

This 19th day of January, 2012.

Respectfully submitted,

/s/ *Arthur W. Leach*
Arthur W. Leach
Ga. Bar No. 442025
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
404-786-6443
art@arthurwleach.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2012, I personally filed the foregoing "Notice of Substitution of Counsel" with the Clerk of the Court using the CM/ECF system that will send notification of such to all counsel of record.

/s/ Arthur W. Leach
ARTHUR W. LEACH